**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re:<br>**Debtor:** Deverall Johnson | Case #15-23616<br>Chapter 13 |

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 03-29-2016 and the following parties were present:

1. [ x ] The Debtor: not present
2. [ x ] The Debtor's Attorney: Michael Johnson
3. [ x ] The Lender's Representative: Bob Richko
4. [ x ] The Lender's Attorney: Seth Greenhill

**B.** The final MMM conference was scheduled for 03-29-2016 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 03.29.16                Signature of Mediator: _____ //s// Christian McCue
                               Printed Name: Christian McCue
                               Address: 1600 South Federal Highway #451 Pompano Beach, FL 33062
Copies To:                     Phone: (954) 267-9377
[All Parties to Mediation]     Email: christian.mccue@mccuelaw.com