

## ORDERED in the Southern District of Florida on August 28, 2018.

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                    CASE NO. 15-23616-BKC-JKO
                                                                                   CHAPTER 13

DEVERALL L. JOHNSON
_____/

### ORDER GRANTING EX PARTE MOTION FOR APPROVAL OF PERMANENT MORTGAGE MODIFICATION

THIS CAUSE having come before the Court ex parte on the Debtor's Motion for Approval of Permanent Mortgage Modification (DE 147), the Court having reviewed the file and otherwise being fully advised in the premises, it is

ORDERED that:

1. The Debtor's Motion for Approval of Permanent Mortgage Modification is GRANTED.

2. The Debtor shall be allowed to enter into an agreement with FCI Lender Services, Inc. to modify the terms of the existing loan in accordance with the Mortgage Modification attached to the Motion for Approval of Permanent Mortgage Modification as **Exhibit "A"**.

###

**Submitted by:**
LAW OFFICES OF MICHAEL H. JOHNSON
3601 W. Commercial Blvd. Suite 31
Ft. Lauderdale, FL 33309
Phone# (954)-535-1131
Mike@attorneydebthelper.com

Attorney, Michael H. Johnson, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.