UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                          CASE NO. 15-23616-BKC-JKO
                                                                                                 CHAPTER 13

DEVERALL L. JOHNSON
_____/

## DEBTOR'S MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN

COMES NOW the Debtor, DEVERALL L. JOHNSON, by and through his undersigned attorney, and herein moves this court to confirm the Fifth Modified Chapter 13 Plan and would state:

1. The Debtor has been approved for a permanent mortgage modification with FCI Lender Services, Inc.

2. The Debtor wishes to take the permanent mortgage payment out of the Plan and pay the secured creditor direct as the additional Trustee fee is causing the Debtor a financial hardship.

3. The Debtor has been advised that he is losing the bankruptcy protection by taking the mortgage payment out of the plan and has elected to do so in order to afford the plan payments.

4. No creditor would be prejudiced in that the Debtor has paid $62,921.17 into the plan as of September 15, 2018 and is now current under the Fifth Modified Chapter 13 Plan attached hereto.

5. The Debtor agreed to pay the undersigned attorney the sum of $525.00 for this motion.

WHEREFORE, the Debtor prays that this court grant the relief requested based upon the aforementioned grounds.

Dated: September 15, 2018                         LAW OFFICES OF MICHAEL H. JOHNSON
                                                                    Attorneys for Debtor(s)
                                                                    3601 W. Commercial Blvd., Suite 31
                                                                    Ft. Lauderdale, FL  33309
                                                                    (954) 535-1131

                                                                    By:  /s/ Michael H. Johnson_____
                                                                           Michael H. Johnson
                                                                           Florida Bar No. 0149543

                                                                    I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).